# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2646 Disciplinary Docket No. 3 |
| | : | |
| JAMES ROBERT PROTASIO | : | Board File No. C3-18-377 |
| | : | |
| | : | (Lycoming County Court of Common |
| | : | Pleas, Criminal No. 803-2018) |
| | : | |
| | : | Attorney Registration No. 28734 |
| | : | |
| | : | (Lycoming County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2019, upon review of the responses to a rule to show cause why James Robert Protasio should not be placed on temporary suspension, the Rule is made absolute, and he is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). The temporary suspension shall be effective thirty (30) days from the date of this Order. *See* Pa.R.D.E. 214(d)(3). James Robert Protasio shall comply with all the provisions of Pa.R.D.E. 217.